ACCEPTED
06-14-00148-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 1:45:53 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/1/2015 1:45:53 PM

DEBBIE AUTREY
Clerk

KEVIN FAHRNI,
          Appellant

v.

STATE OF TEXAS,
          Appellee

NO. 06-14-00148-CR
Trial Court #10F484-005

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND TO SUPPLEMENT RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Kevin Fahrni**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and to Supplement the Record and in support of same would show the Court as follows:

I.

A.    This case is pending from the 5th Judicial District Court of Bowie County, Texas. The date of the Judgment is June 6, 2014, with sentence being imposed by the trial court on June 6, 2014.

B.    The case was styled, "State of Texas v. Kevin Fahrni, Cause No. 10 F 0484 005.

C.  Appellant was convicted of the offense of Aggravated Sexual Assault - Child.

D.  Punishment was assessed by the jury to 50 years in the Institutional Division of the Texas Department of Criminal Justice.

E.  There were two extensions granted to the Court Reporter. The Appellant has requested on previous extension and Appellant's Brief is due to be filed April 1, 2015.

F.  Appellant requests an extension of the filing of Appellant's Brief for fifteen (15) days, making the Appellant's Brief due on April 16, 2015. Or in the alternative ten (10) days after the Court Reporter supplements the record.

G.  Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court. However, due to counsel's preparation in one criminal jury trial styled the State of Arkansas v. Tim Howard, Cause Number CR-97-105, in the Circuit Court of Little River County, Arkansas, counsel has had insufficient time to complete Appellant's brief. This matter is a re-trial of a double capital murder that was originally tried in 1998. Counsel for Appellant is the Chief Deputy Prosecutor for 9 West Judicial District where this

2

matter is pending. The original trial had over 30 witnesses, all of whom have had to be re-contacted and re-interviewed before trial. This matter was originally set for jury selection to begin on March 2nd, however, on February 24th, the trial court granted a continuance because of the unavailability of a material witness due to health reasons. Currently the trial is set to begin with jury selection on April 23rd.

Appellant's counsel is also preparing briefs in two other appeals styled Roderick Beham v. State of Texas, Cause number 06-14-00174-CR, and Reginald Reece v. State of Texas, Cause number 06-14-00192-CR.

The purpose for this specific request is caused by the discovery of the unintentional exclusion of the Court Reporter's record of a pre-trial hearing conducted on April 23, 2012.

While preparing the brief for the Appellant, counsel for the Appellant searched the docket sheets to verify a date in an alleged point of error. On page 22 of the Clerk's Record, Appellant's counsel discovered a written notation by the Trial Court of: "4/23/12 State moved to amend indictment; no objection to Amendment and

3

Defendant waived arraignment".

Immediately upon discovery of this notation, counsel for Appellant searched the entire Clerk's Transcript and could find no Motion to Amend Indictment filed by the State, a copy of an amended indictment and the original indictment did not reveal any modifications. A search of the Court Reporter's record did not show that any pre-trial hearing conducted on April 23, 2012, had been included in the record forwarded to the Court or to Appellant's counsel.

Counsel for Appellant contacted the Court Reporter in this matter, Ms. Leslie Bates, and requested that she search her records for the pre-trial hearing. She responded to my request and reported that the amendment by the assistant district attorney was to the date of the commission of the offense. Counsel for Appellant has requested that the Court Reporter prepare the record for the omitted pre-trial and forward it to the Court. A copy of the request is attached hereto as Exhibit A.

It is clear that the State proceeded to prosecute the Appellant on the "amended indictment" as the record reflects in Clerk's Transcript at

page 200, the application paragraph of the Court's charge on guilt/innocence presented to the jury in this matter included an offense date that was different from that stated in the indictment. This is clearly a matter that must be addressed on behalf of the Appellant to determine what the actual amendment was and the harm to appellant.

H. There has been one previous requests for extension in this cause.

I. Counsel for Appellant has contacted the Assistant Criminal District Attorney for Bowie County, Texas, who is assigned to this matter and she has no objection to the request of the Appellant.

J. Counsel has communicated with Appellant and Appellant does not object to the continuance being granted.

II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Second Motion for Extension of Time for the filing of Appellant's Brief and

5

to Supplement the Record.

Respectfully submitted,

/s/ Alwin A. Smith
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

STATE OF TEXAS
COUNTY OF BOWIE

BEFORE ME, the undersigned Notary Public, on this day personally appeared Alwin A. Smith, attorney of record for Appellant, who being by me duly sworn on oath deposed and said that the information contained within this Second Motion for Extension of Time to File Brief and to Supplement the Record are based upon his personal knowledge, and are true and correct, to the best of his ability.

Alwin A. Smith

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on the ___1st___ day of April 2015.


Notary Public, State of Texas

BARBARA PAGE
My Commission Expires
May 30, 2018

6

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Ms. Kelley Crisp, 601 Main Street, Texarkana, Texas, on this the _1st _ day of April 2015.

/s/ Alwin A. Smith
Alwin A. Smith

602 Pine Street
Texarkana, Texas 75501
Phone: 903-792-1608
Fax: 903-792-0899

# ALWIN A. SMITH
## ATTORNEY AT LAW

P.O. Box 107
Ashdown, AR 71822
870-898-2507

Email: al@alwinsmith.com

LICENSED IN TEXAS AND ARKANSAS                    Marilee Ringgold, Legal Assistant

April 1, 2015

Ms. Leslie Bates
P.O. Box 1721
Hooks, Texas 75561

RE:     State of Texas
        v. Kevin Fahrni
        No. 10 F 0484 005

Dear Leslie:

Please prepare the record on the pre-trial hearing held on April 23, 2012 in the above matter and forward same to the Court of Appeals.

Thank you.

Kindest regards,

Alwin A. Smith

mr

## EXHIBIT "A"

www.alwinsmith.com